**Rosa Lee BROWN, Appellant,**

v.

**Otis R. BOWEN, M.D., etc., Appellee.**

**No. 85–1736–SI.**

United States Court of Appeals, Eighth Circuit.

Aug. 12, 1986.

Richard C. Turner, U.S. Atty., John E. Beamer, Robert C. Dopf, Asst. U.S. Attys., for appellee.

## ORDER

The petition for rehearing by the panel, as requested by the government, is denied; however, the court sua sponte grants a rehearing en banc; the matter shall be further stayed pending the opinion of the Supreme Court in *Bowen v. Yuckert*, —— U.S. ——, 106 S.Ct. 1967, 90 L.Ed.2d 652. It is therefore ordered that a rehearing en banc be granted but the matter stayed until further order of the court.